■ TRILOGY PORTFOLIO COMPANY LLC et al., Respondents, v TRANSAMERICA OCCIDENTAL LIFE INSURANCE Co. et al., Defendants, and BEAR, STEARNS & Co., INC., et al., Appellants. [825 NYS2d 914]—Appeal from order, Supreme Court, New York County (Bernard J. Fried, J.), entered on or about January 23, 2006, unanimously dismissed in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Sullivan, Williams, Sweeny and McGuire, JJ.